# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**EUGENE MARLIN,**

    Petitioner,

v.

**KEVIN ROBERTS, Warden,**

    Respondent.

Case No. 7:07-CV-170 (HL)
28 U.S.C. § 2254

## ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 27), entered on February 22, 2011. The Magistrate Judge recommends that Petitioner's § 2254 petition be denied and that the Court deny a certificate of appealability. Petitioner has filed an objection (Doc. 29) to the Recommendation.

The Court has made a *de novo* review of the Recommendation and the objection, and finds the objection to be without merit. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Petitioner's § 2254 petition is denied, and a certificate of appealability is also denied.

**SO ORDERED**, this the 11th day of March, 2011.

                                        *s/ Hugh Lawson*
                                      **HUGH LAWSON, SENIOR JUDGE**

mbh