**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**EUGENE MARLIN,**

        Petitioner,

v.

**KEVIN ROBERTS, Warden,**

        Respondent.

Case No. 7:07-CV-170 (HL)
28 U.S.C. § 2254

**ORDER**

On March 11, 2011, the Court entered an order (Doc. 30) over Petitioner's objection adopting the Recommendation of United States Magistrate Judge Thomas Q. Langstaff to deny Petitioner's § 2254 petition and a certificate of appealability. Judgment denying the § 2254 petition was entered on March 14, 2011 (Doc. 31).

After judgment was entered, the Court received from Petitioner another set of objections (Doc. 32) to the Recommendation. The Court has reviewed the second set of objections, and finds that they are without merit. The objections are overruled, and the previously entered judgment dismissing the petition stands.

**SO ORDERED**, this the 14th day of March, 2011.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh