**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**EUGENE MARLIN,**

        Petitioner,

v.

**KEVIN ROBERTS, Warden,**

        Respondent.

Case No. 7:07-CV-170 (HL)
28 U.S.C. § 2254

**ORDER**

The United States Court of Appeals for the Eleventh Circuit has remanded this case for the purpose of determining when Petitioner delivered his *pro se* notice of appeal to prison officials for forwarding to the district court. Counsel for Defendant is directed to contact prison officials at Autry State Prison and provide the Court with the mail log, or other relevant evidence, showing when Petitioner delivered his notice of appeal to prison officials for filing. This information is to be provided to the Court on or before June 22, 2011.

**SO ORDERED**, this the 13th day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh