**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**EUGENE MARLIN,**

      Petitioner,

                                    Case No. 7:07-CV-170 (HL)
v.                                      28 U.S.C. § 2254

**KEVIN ROBERTS, Warden,**

      Respondent.

**ORDER**

This case is on limited remand from the Eleventh Circuit. The Court of Appeals requested that the Court determine when Petitioner delivered his *pro se* notice of appeal to prison officials for forwarding to the district court.

Based on the information provided to the Court by counsel for Respondent, it appears that Petitioner delivered his notice of appeal to prison officials on March 21, 2011.

The Clerk of Court is directed to return the record, as supplemented, to the Eleventh Circuit for further proceedings.

**SO ORDERED**, this the 16th day of June, 2011.

                                *s/ Hugh Lawson*
                                **HUGH LAWSON, SENIOR JUDGE**

mbh